# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **CHARLES D. STERGIOS,** | ) | |
| | ) | |
| Petitioner, | ) | No. 2:15-cv-501-GZS |
| v. | ) | No. 2:04-cr-110-GZS |
| | ) | No. 2:15-cv-500-GZS |
| **UNITED STATES OF AMERICA,** | ) | No. 2:10-cr-02-GZS |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision, dated December 9, 2015 (ECF No. 103 in 2:04-cr-110-GZS/ECF No. 208 in 2:10-cr-02-GZS), the Recommended Decision is hereby **AFFIRMED**.

Accordingly, it is **ORDERED** that the Petition is **DISMISSED WITHOUT PREJUDICE**. Upon the Court's finding that there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2), the Court also **DENIES** a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases.

/s/ George Z. Singal
United States District Judge

Dated this 11th day of February, 2016.